UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DISH NETWORK L.L.C.,**

      **Plaintiff,**

v.                                                                    Case No:  6:15-cv-1707-Orl-41TBS

**TV NET SOLUTIONS, LLC and**
**MOHAMMAD MUSTAFA,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment and Permanent Injunction (Doc. 33). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (the "R&R," Doc. 36), which recommends that the motion be granted in part and denied in part. Particularly, Judge Smith recommends that judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, for $4,975,000.00 and that the motion be denied in all other respects.

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment and Permanent Injunction (Doc. 33) is **GRANTED in part** and **DENIED in part**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $4,975,000.00, with interest accruing at the statutory rate.

4. The Clerk is directed to, thereafter, close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties