UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DISH NETWORK L.L.C.,

    Plaintiff,

v.

TV NET SOLUTIONS, LLC AND
MOHAMMAD MUSTAFA,

    Defendants,

and

CHASE BANK,

    Garnishee.

CASE NO. 6:15-CV-1707-ORL-41TBS

**ANSWER TO WRIT OF GARNISHMENT AND DEMAND FOR STATUTORY PAYMENT PURSUANT TO FLA. STAT. § 77.28[1]**

    Garnishee, JPMORGAN CHASE BANK, N.A. ("Garnishee"), by and through undersigned counsel, hereby answers the Writ of Garnishment (the "Writ") and states as follows:

    1.    At the time of service of the Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all times between such times, Garnishee was indebted to Defendant, TV Net Solutions, LLC, 4939 Dunmore Lane, Kissimmee, Florida 34746, by virtue of the following deposit account titled in the name of Defendant:

    Account ending in 0531 in the amount of $33,550.66

    2.    Garnishee has reviewed its records and has identified one or more closed deposit accounts in the name of Defendant, Mohammad Mustafa.

---

[1] *See* FED. R. CIV. P. 69(a) (making state law applicable to writs of garnishment brought in federal court).

3. Garnishee retains the total amount of $33,550.66 subject to the Writ pursuant to Florida Statutes § 77.19 and subject to offset for applicable administrative fees pursuant to the account agreement between Garnishee and Defendants.

4. At the time of this Answer and at the time of the service of the Writ, and at all times between those periods, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Defendants in its possession or control.

5. Garnishee does not know of any other persons indebted to Defendants or who may have any of the property of Defendants in their possession or control.

6. Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

7. These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A.'s centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtors or accounts.

**WHEREFORE,** the Garnishee demands payment to "WARGO & FRENCH, LLP" in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for the part payment of its attorney fee. Payment shall be sent to 201 S. Biscayne Boulevard, Suite 1000, Miami, Florida 33131, and should include the title of the action and its corresponding case number. Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

**WARGO & FRENCH, LLP**
*Attorneys for Garnishee*
201 S. Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile:   (305) 777-6001
E-mail: wf-fl-garn@wargofrench.com
E-mail: wf-fl-garn2@wargofrench.com

*/s/ Joseph D. Wargo*
JOSEPH D. WARGO
Florida Bar No. 934194

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I filed a true and correct copy of the foregoing with the Clerk via CM/ECF, and a true and correct copy of the foregoing was served via e-mail upon: James A. Boatman, Jr., Esq. at [*jab@boatman-law.com*], this 12th day of August, 2016.

*/s/ Joseph D. Wargo*
JOSEPH D. WARGO