UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO:     6:15-CV-1707-ORL-41TBS

DISH NETWORK LLC

    Plaintiff(s),

vs.

TV NET SOLUTIONS, LLC and MOHAMMAD MUSTAFA

    Defendant(s),
and

SUNTRUST BANK
    Garnishee,
_____/

## ANSWER OF THE GARNISHEE, SUNTRUST BANK

Garnishee, SUNTRUST BANK, hereby Answers the Writ of Garnishment ("Writ') served upon it as follows:

1. Garnishee had at the time of service of the Writ, plus sufficient time not to exceed one (1) business day at the time of making this Answer and at all times between such periods, no account designated TV NET SOLUTIONS, LLC and/or MOHAMMAD MUSTAFA. **Garnishee has retained $0.00 pursuant to the Writ.**

2. Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or control at the time of service of the Writ, nor at any time between such periods.

3. Pursuant to Florida Statute 77.06(2), Garnishee does not know of any other person, firm, or corporation which has an ownership interest in the involved property or may have any

of the goods and possessions of said Defendant, at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, in its or their possession or control.

4. The undersigned counsel, a member of the Florida Bar and attorney for Garnishee, SUNTRUST BANK, has prepared this Answer to the Writ. If applicable, pursuant to Section 77.28, Florida Statutes, as amended effective July 1, 2014, the Plaintiff/Plaintiff's Counsel shall pay and remit the $100.00 attorney fee directly to SUNTRUST BANK. Alternatively, if funds are already on deposit with the Clerk of Court, the Garnishee hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having legal representation in this garnishment action, payable to SUNTRUST BANK.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by email to: JAMES A BOATMAN, JR., ESQ., (jab@boatman-law.com) Attorney for Plaintiff, this 15th day of August, 2016.

SUNTRUST BANK

By: _____/s/ John A. Barry___
JOHN A. BARRY
**FLPleadings@suntrust.com**
Florida Bar No.: 671541
200 South Orange Avenue
SunTrust Legal Department
Mail Code: Fl-Orlando-2034
Orlando, Florida 32801
Telephone: (407) 237-4640
Attorney for Garnishee
Our Ref: 304154