UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DISH NETWORK, LLC<br><br>Plaintiff,<br><br>vs.<br><br>TV NET SOLUTIONS, LLC, and<br>MOHAMMAD MUSTAFA,<br><br>Defendants;<br><br>and<br><br>TD AMERITRADE, INC.,<br><br>Garnishee. | CASE NO.: 6:15-cv-1707-orl-41TBS |

## GARNISHEE, TD AMERITRADE, INC.'S ANSWER
## TO WRIT OF GARNISHMENT AND DEMAND FOR ATTORNEY'S FEES

Garnishee, TD AMERITRADE, INC. ("Garnishee"), by and through its undersigned attorneys, hereby submits its Answer to the Writ of Garnishment dated July 25, 2016 (The "Writ"), as to the Defendant, TV NET SOLUTIONS, LLC, and Defendant, MOHAMMAD MUSTAFA (collectively "Defendants"), as follows:

1. Garnishee is a Nebraska based securities broker-dealer with offices in Florida.

2. A search of Garnishee's records, based on the name(s) and information as provided by Plaintiff's counsel, reveals that at the time of service of the Writ, at the time of service of this Answer, and all times in between, Defendant, TV NET SOLUTIONS, LLC, did not maintain any account(s) at Garnishee.

3. A search of Garnishee's records, based on the name(s) and information as provided by Plaintiff's counsel, reveals that at the time of service of the Writ, at the time of

service of this Answer, and all times in between, Defendant, Mohammad Mustafa, maintained an individual brokerage account with the Garnishee bearing the account number XXX-XX9518, in the name of MOHAMMAD MUSTAFA (the "Account").

4. As of close of the market close on July 29, 2016, the date of service of the Writ, the Account had a value of $0.00. As of the close of Market on August 18, 2016, the date of filing of this Answer, the Account had a value of $0.00.[1]

5. Unless otherwise specifically provided herein:

    a. Garnishee was not otherwise indebted to Defendants at the time of service of the Writ, at the time of this Answer, or at any time between such times;

    b. Garnishee has no knowledge of other accounts owned or maintained by Defendants and has no knowledge of any amounts due or owing Defendants;

    c. Garnishee has not had tangible or intangible personal property of Defendants in its possession or control at the time of service of the Writ, at the time of this Answer, or at any time between such times;

    d. Garnishee has no knowledge of any other person indebted to Defendants or who may have any property of Defendants in his or her possession or control.

6. Garnishee has retained the undersigned law firm and agrees to pay a reasonable fee for its services herein and demands payment of the fee deposited with the clerk as partial payment of its attorney's fees. Garnishee reserves the right to seek additional fees and costs in connection with those sums it expends or agrees to expend in obtaining representation in response to the Writ.

---

[1] Account values can change due to market fluctuations.

Dated: August 18, 2016

          BARITZ & COLMAN LLP
          Counsel for Garnishee, TD Ameritrade, Inc.
          1075 Broken Sound Parkway, NW
          Suite 102
          Boca Raton, Florida 33487
          561/864-5100 (phone)
          561/864-5101 (fax)

          By: _____
       for: Nancy B. Colman, Esq.
            Florida Bar No. 744859
            ncolman@baritzcolman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the CM/ECF filing system to James A. Boatman, Jr., Esq. 3021 Airport Pulling Road, Suite 202, Naples, Florida, 34105, this 18 day of August, 2016.

> BARITZ & COLMAN LLP
> Counsel for Garnishee, TD Ameritrade, Inc.
> 1075 Broken Sound Parkway, NW
> Suite 102
> Boca Raton, Florida 33487
> 561/864-5100 (phone)
> 561/864-5101 (fax)
>
> By: _____
> for: Nancy B. Colman, Esq.
> Florida Bar No. 744859
> ncolman@baritzcolman.com