UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DISH NETWORK LLC,.

    Plaintiff,

vs.

CASE NO. 6:15-CV-1707-Orl-41TBS

TV NET SOLUTIONS, LLC, and
MOHAMMAD MUSTAFA

    Defendants,

and

PAYPAL, INC.,

    Garnishee.
_____/

### **GARNISHEE PAYPAL, INC.'S ANSWER TO WRIT OF GARNISHMENT**

Garnishee PayPal, Inc. ("PayPal") files this Answer to the Writ of Garnishment ("Writ") and states as follows:

1.    On or about August 1, 2016, PayPal was served with the Writ.

2.    PayPal, using the information provided in the Writ, searched its records and was unable to locate any accounts belonging to Defendants.

3.    Accordingly, PayPal is not and has not been indebted to Defendants at any time between being served with this Writ and the date of the filing of this Answer, nor has it had any tangible or intangible personal property of Defendants in its hands, possession or control at any time from the time of service of the Writ up to and including the date of the Answer.

4. PayPal is without knowledge of any other person or persons who are or may be indebted to Defendants or who has or may have any tangible or intangible personal property of Defendants in their hands, possession, or control.

5. PayPal has retained the law firm of Holland & Knight LLP to represent it in this action, and has agreed to pay its attorneys a reasonable fee for their services rendered on its behalf.

6. Pursuant to Florida Statutes § 77.28, PayPal demands payment of $100 from Plaintiff for the payment or part payment of attorney's fees PayPal expended in obtaining representation in response to the Writ and requests the Court, upon rendering final judgment, to determine and award PayPal its costs and reasonable attorney's fees.

WHEREFORE, Garnishee, PayPal, Inc., having answered the Writ, demands payment of $100 from Plaintiff for the payment or part payments of attorney's fees PayPal expended in obtaining representation in response to the Writ, and such other relief as the Court may deem just and proper.

DATED: August 22, 2016.

HOLLAND & KNIGHT LLP

By: /s/ Judith M. Mercier
Judith M. Mercier  (Fla. Bar No. 032727)
judy.mercier@hklaw.com
Luis J. Gonzalez  (Fla. Bar No. 055881)
luis.gonzalez@hklaw.com
HOLLAND & KNIGHT LLP
Post Office Box 1526
Orlando, Florida 32802-1526
Phone: (407) 425-8500
Fax: (407) 244-5288
*Attorneys for PayPal, Inc.*
Phone:  (407) 425-8500

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve copies on all counsel of record.

/s/ Judith M. Mercier
Judith M. Mercier