UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISH NETWORK L.L.C.,

    Plaintiff,

v.                                                Case No:   6:15-cv-1707-Orl-41TBS

TV NET SOLUTIONS, LLC and
MOHAMMAD MUSTAFA,

    Defendants.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Judgment in Garnishment (Doc. 64). Upon due consideration I respectfully recommend that the motion be **GRANTED**.

On June 14, 2016, judgment was entered for Plaintiff and against Defendants, jointly and severally, in the amount of $4,975,000 which accrues interest at the rate of 0.59% per year (doc. 37). The judgment has not been satisfied (Doc. 41, ¶ 1). On July 25, 2016, a Court authorized writ of garnishment was issued against Chase Bank ("Chase") (Doc. 45). The writ was served on Chase on July 27, 2016 (Doc. 48), which answered on August 12, 2016, stating that it was indebted to Defendant TV Net Solutions, LLC in the amount of $33,550.66 (Doc. 51, ¶ 1). Defendant Mohammad Mustafa filed a Claim of Exemption and Request for Hearing on August 10, 2016 (Doc. 50). I conducted the requested hearing on August 29, 2016 and, based upon the evidence and argument presented, denied the clamed exemption (Doc. 63).

Section 77.083, Florida Statutes, provides that, "Judgment against the garnishee on the garnishee's answer or after trial of a reply to the garnishee's answer shall be entered for the amount of his or her liability as disclosed by the answer or trial." In light of

Plaintiff's unsatisfied judgment, Chase's acknowledgement that it is indebted to Defendant TV Net Solutions, LLC, and my denial of the claim of exemption, I find that Plaintiff is entitled to a final judgment in garnishment against Chase pursuant to Section 77.083. Accordingly, I respectfully recommend that the Court enter a final judgment of garnishment directing Chase to liquidate, release, and deliver funds in the amount of $33,550.66 to Plaintiff in partial satisfaction of Plaintiff's judgment.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on September 7, 2016.

/s/ THOMAS B. SMITH
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record
    Unrepresented Parties