UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DISH NETWORK L.L.C.,**

    **Plaintiff,**

v.    Case No: 6:15-cv-1707-Orl-41TBS

**TV NET SOLUTIONS, LLC and
MOHAMMAD MUSTAFA,**

    **Defendants.**

                           /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Judgment in Garnishment (Doc. 64). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 65), recommending that the motion be granted.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 65) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Judgment in Garnishment (Doc. 64) is **GRANTED**.

3. The Clerk shall enter a final judgment of garnishment directing Chase Bank to liquidate, release, and deliver funds in the amount of $33,550.66 to Plaintiff in partial satisfaction of Plaintiff's judgment.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



Copies furnished to:

Counsel of Record
Unrepresented Party